```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
CRISTEN GARDNER,                         :
                                         :
                      Plaintiff,         :    22cv4666 (DLC)
          -v-                            :
                                         :         ORDER
SENSIO, INC.                             :
                                         :
                      Defendant.         :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On July 29, 2022, defendant filed a motion to dismiss the complaint or, in the alternative, strike the nationwide class allegations pursuant to Rules 12(b)(1), 12(b)(6), 12(f) and 23(d)(1)(D), Fed. R. Civ. P. Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

ORDERED that plaintiff shall file any amended complaint by **August 19, 2022**. It is unlikely that plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiff shall file any opposition to the motion to dismiss by **August 19, 2022**. Defendant's reply, if any, shall be filed by **September 2, 2022**. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies

2

of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          August 1, 2022

                                    _____
                                          DENISE COTE
                                    United States District Judge