```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
CRISTEN GARDNER,                        :
                                        :
                        Plaintiff,      :    22cv4666 (DLC)
            -v-                         :
                                        :       ORDER
SENSIO INC.,                            :
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On July 29, 2022, defendant filed a motion to dismiss the original complaint in this action or, in the alternative, to strike the nationwide class allegations, pursuant to Rules 12(b)(1), 12(b)(6), 12(f), and 23(d)(1)(D), Fed. R. Civ. P. An Order of August 1 directed the plaintiff to file any amended complaint by August 19 and alerted the plaintiff that it would likely not have another opportunity to amend. The plaintiff filed an amended complaint on August 19. Defendant renewed its motion on August 31. It is hereby

ORDERED that the defendant's July 29 motion is dismissed as moot.

IT IS FURTHER ORDERED that the plaintiff shall serve any opposition to the motion to dismiss by September 23, 2022. Defendant's reply, if any, shall be served by October 7. At the time any reply is served, the moving party shall supply Chambers

with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:  New York, New York
        September 1, 2022

                                    _____
                                          DENISE COTE
                                    United States District Judge

2