```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    22cv4666 (DLC)
CRISTEN GARDNER,                          :
                                          :         ORDER
                       Plaintiff,         :
                                          :
           -v-                            :
                                          :
SENSIO INC.,                              :
                                          :
                       Defendant.         :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On August 31, 2022, the defendant filed a motion to dismiss the amended complaint. On September 23, 2022, a telephonic pretrial conference was held pursuant to Rule 16, Fed. R. Civ. P. As set forth at the conference, it is hereby

ORDERED that, in the event that defendant's August 31 motion to dismiss is denied in whole or in part, the deadline for joinder of additional parties shall be thirty (30) days after the decision on the motion to dismiss.

IT IS FURTHER ORDERED that if plaintiff makes a motion for class certification in this case, any expert submissions in support of or in opposition to such a motion shall be in the form of a Rule 26 report.

IT IS FURTHER ORDERED that if a class is certified, expert discovery may continue after the decision on class certification if such discovery remains appropriate given any outstanding

issues in the case.

Dated:    New York, New York
          September 23, 2022

                                                    _____
                                                        DENISE COTE
                                          United States District Judge