**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CRISTEN GARDNER,

                    Plaintiff,

    -against-                                    22 **CIVIL** 4666 (DLC)

                                                    **JUDGMENT**

SENSIO INC.,

                    Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated December 13, 2022, Defendant's motion to dismiss the First Amended Complaint is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

       December 13, 2022

                                                              **RUBY J. KRAJICK**

                                                                  **Clerk of Court**

                                    **BY:**

                                                                  **Deputy Clerk**